IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA

In re:   Darrell Polite,                                      Chapter 13
                                                              Case No. 19-10278

         Debtor(s)

## Trustee's Motion To Confirm Plan As Amended

Trustee moves that Debtor's(s') plan be confirmed. The plan, as amended commits Debtor's(s') disposable income to the plan for a period of at least thirty-six months and otherwise conforms to the requirements of Title 11. The plan, as amended will pay $_____ or more to unsecured creditors, but in any event will not pay less than _____% of the total allowed unsecured claims.

Debtor's(s') plan is amended to:

[x] Raise payments/extend plan as follows: $740.00     (100%)

[ ] Change valuation(s) as follows: _____

[x] Allow/Modify/Disallow claims as follows: First Investors fully secured @ 7.25%. MP of $336/mo. First Investors shall retain all lien rights to the extent provided by law.

[x] Other: General unsecured creditors to be paid 6.5% interest.

Trustee certifies that none of the foregoing amendments require notice to creditors, other than those whose consent has been given. This 28 day of August, 2019.

                                          /s/ Jane Miller
                                          Chapter 13 Trustee/Attorney for
If applicable:                            Huon Le, Jane Miller       Jane E. Miller
                                                                     Attorney for Chapter 13
/s/ Darrell Polite                                                   Trustee Huon Le
Debtor                                    Creditor's Counsel          GA Bar No. 256304

Debtor                                    Creditor's Counsel

/s/ Debtor(s') Counsel                    Creditor's Counsel
Katina A Brow
425482

Revised 12/1/2017                                                    Form 2017-4-A

71